IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DONALD EDWARD SHAW,
         Plaintiff,
    v.                                     **Judgment in a Civil Case**
D. GONZALES; DR. RAMSEY; J.
GARRIDO; R. SPILLER; DR. OLMOS; DR.
DUCHEZNE,
         Defendants.                   Case Number: 5:11-CT-3108-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on January 12, 2012, with service on:
Donald Edward Shaw  46611-180, Federal Medical Center, P.O. Box 1600, Butner, NC  27509 (via U.S. Mail)

  January 12, 2012                                                           /s/ Dennis P. Iavarone
                                                                                   Clerk